# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 381 EAL 2020

    Respondent

              : Petition for Allowance of Appeal
              : from the Order of the Superior Court

    v.

OTIS WILKERSON,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 382 EAL 2020

    Respondent

              : Petition for Allowance of Appeal
              : from the Order of the Superior Court

    v.

OTIS WILKERSON,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 383 EAL 2020

    Respondent

              : Petition for Allowance of Appeal
              : from the Order of the Superior Court

    v.

OTIS WILKERSON,

    Petitioner

# **ORDER**

**PER CURIAM**

      **AND NOW**, this 23rd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.